NATHAN KEVIN TURNER
NAME
C-44886
PRISON NUMBER
Post Office Box 8500
Pleasant Valley State Prison
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Coalinga, Ca 93210-8500
CITY, STATE, ZIP CODE

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Profe ___

FILED
2007 OCT 19 PM 3:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Nathan Kevin Turner,
(FULL NAME OF PETITIONER)

PETITIONER

v.

James A. Yates, Warden,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

____________,

The Attorney General of the State of California, Additional Respondent.

'07CV 2036 JLS AJB

Civil No. ____________
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: The Superior Court of California, County of San Diego. #CR56189.

2. Date of judgment of conviction: Feb. 8-11, 1982

3. Trial court case number of the judgment of conviction being challenged: CR56189

4. Length of sentence: 174 years 4 mos.

5. Sentence start date and projected release date: March 22, 1982 - 2071

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 15 cts. of Burglary with use of weapon, 17 cts. of rape, with use of a weapon, 12 cts. of robbery with use of a weapon, 2 cts. assault, with use of weapon.

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☒ Yes ☒ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
   ☒Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
   (a) Result: Affirmed
   (b) Date of result, case number and citation, if known: 08-15-1983 4 Crim. 13857.
   (c) Grounds raised on direct appeal: Ineffective Assistance of Trial Counsel

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   (a) Result: Denied
   (b) Date of result, case number and citation, if known: 9-26-83 4 Crim. 13857
   (c) Grounds raised: Same

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: Denied

(b) Date of result, case number and citation, if known: 11-3-95

(c) Grounds raised: Ineffective Assistance of Trial Counsel, etc.

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?

☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number: HC14929 -

(b) Nature of proceeding: Denied without Prejudice Motion for DNA Testing (See Supplemental Petition for Writ of Habeas Corpus) Pg. 6.

(c) Grounds raised: Re: P.C. 1405 DNA TEST MOTION

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: Denied

(f) Date of result: March 17, 2005

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?

☒ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number: D047370

(b) Nature of proceeding: Instructional Sentencing Error

(c) Grounds raised: (See Supplemental Petition For Writ of Habeas Corpus)

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: Denied

(f) Date of result: 12-30-2005

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?

☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number: S143013

(b) Nature of proceeding: Habeas Corpus Review And a Motion for Reconsideration of the Court's denial of Habeas Corpus

(c) Grounds raised: Sentencing Error (See Supplemental Petition For Writ of Habeas Corpus)

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: Denied

(f) Date of result: Nov. 29, 2006

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

N/A

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☐ Yes ☒ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? Southern District of Calif.

(i) What was the prior case number? D.C. No. CV-85-0783-G

(ii) Was the prior action (CHECK ONE):
☒ Denied on the merits?
☐ Dismissed for procedural reasons?

(iii) Date of decision: 9/19/1990

(b) Were any of the issues in this current petition also raised in the prior federal petition?
☐ Yes ☒ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☒ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

**(a) GROUND ONE:** (SEE SUPPLEMENTAL PETITION FOR HABEAS CORPUS)

**Supporting FACTS** (state *briefly* without citing cases or law) (SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Did you raise GROUND ONE in the California Supreme Court?**
☒ Yes ☐ No.

(b) **GROUND TWO:** (SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Supporting FACTS** (state *briefly* without citing cases or law): (SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Did you raise GROUND TWO in the California Supreme Court?**
☒ Yes ☐ No.

(c) **GROUND THREE**: (SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Supporting FACTS** (state *briefly* without citing cases or law):

(SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Did you raise GROUND THREE in the California Supreme Court?**

☒ Yes ☐ No.

**(d) GROUND FOUR:** (SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS COPPUS)

**Supporting FACTS** (state *briefly* without citing cases or law):
(SEE SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS)

**Did you raise GROUND FOUR in the California Supreme Court?**

☒ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
(a) Name of Court: N/A
(b) Case Number:
(c) Date action filed:
(d) Nature of proceeding:
(e) Grounds raised: N/A
(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: E. Hodge Crabtree
303 "A" Street, San Diego, CA 92101
(b) At arraignment and plea: E. Hodge Crabtree
303 "A" Street, San Diego, CA 92101
(c) At trial: E. Hodge Crabtree
303 "A" Street, San Diego, CA 92101
(d) At sentencing: E. Hodge Crabtree
303 "A" Street, San Diego, CA 92101
(e) On appeal: Merle N. Schnidewind, 110 West "A" Street, Suite 1160 S.D.
(f) In any post-conviction proceeding: Susan P. Clemens,
233 "A" Street, suite 500 San Diego, CA 92101-4009
(g) On appeal from any adverse ruling in a post-conviction proceeding:
Nathan Kevin Turner, In Pro. Per.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
N/A

(b) Give date and length of the future sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☒ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
October 15, 2007

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

Nathan Kevin Turner - In Pro. Per.
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

October 15, 2007 — Nathan Turner
(DATE) — SIGNATURE OF PETITIONER

PROOF OF SERVICE BY MAIL

I, Nathan Kevin Turner, declare:

I am at least 18 years of age, and a party / am not a party to the attached herein cause of action. My mailing address is: Pleasant Valley State Prison, Post Office Box 8503, Cell C2-125, Coalinga, Ca 93210-8503.

On October 15, 2007, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the United States Mail.

1. (1) one Original and (2) Copies of Writ of Habeas Corpus, with a letter enclosed
2. to the Clerk for endorsement copy to be sent to petitioner. (1) Motion for Ap-
3. pointment and Declaration in support of therein.

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK - 880 FRONT STREET., SUITE 4290
2. SAN DIEGO, CALIFORNIA. 92101-8900

3.

4.

5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15TH day of OCTOBER, 2007 at Coalinga, Ca.

Nathan Kevin Turner
Declarant / Petitioner IN PRO PER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983
FILING FEE PAID Yes No
IFP MOTION FILED Yes No
COPIES SENT TO Court Prodo

FILED
2007 OCT 19 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**I (a) PLAINTIFFS**

**Nathan Kevin Turner**

**DEFENDANTS**

**James A. Yates**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Fresno
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Nathan Kevin Turner**
**PO Box 8500**
**Coalinga, CA 93210**
**C-44886**

**ATTORNEYS (IF KNOWN)**

'07CV 2036 JLS AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE October 19, 2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~