Nathan Kevin Turner
PLAINTIFF/PETITIONER/MOVANT'S NAME

C-44886
PRISON NUMBER

Pleasant Valley State Prison
PLACE OF CONFINEMENT

P.O. Box 8503, Coalinga, CA 93210
ADDRESS

2254 ✓  1983 ___
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
2007 OCT 19 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM          DEPUTY

# United States District Court
## Southern District Of California

Nathan Kevin Turner,
  Plaintiff/Petitioner/Movant

v.

James A. Yates, (Warden),
  Defendant/Respondent

Civil No. '07CV 2036 JLS AJB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**DECLARATION UNDER PENALTY OF PERJURY AND APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Nathan Kevin Turner, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)

   If "Yes," state the place of your incarceration Pleasant Valley State Prison
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months' transactions.]

CIV-67 (Rev. 6/96)                                    K:\COMMON\FORMS\CIV-67.

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __N/A__

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):____
   b. Present balance in account(s):____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):____
   b. Present balance in account(s):____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:____ Year:____ Model:____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __N/A__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __N/A__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone else's name)): __N/A__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. __N/A__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

October 15, 2007
DATE

Nathan Kevin Turner
SIGNATURE OF APPLICANT

(SEE ORIGINAL DECLARATION)

CIV-67 (Rev. 6/96)

K:\COMMON\FORMS\CIV-67.

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Nathan Kevin Turner__,
(NAME OF INMATE)

__C-44886__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.00__ on account to his/her credit at __California State Prison Pleasant Valley State Prison, Coalinga, California.__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0.00__ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __0.00__.

(<u>Please attach a certified copy of applicant's trust account statement showing transactions for the past six months.</u>)

October   , 2007
DATE

*Dolores Lopz*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Dolores Lopez
OFFICER'S FULL NAME (PRINTED)

Acct Clerk II
OFFICER'S TITLE/RANK

CIV-67 (Rev. 6/96)                                         K:\COMMON\FORMS\CIV-67.

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        PLEASANT VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 10, 2007 THRU OCT. 10, 2007

ACCOUNT NUMBER : C44886              BED/CELL NUMBER: CFB2T1000000125L
ACCOUNT NAME   : TURNER, NATHAN KEVIN   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY
 BEGINNING       TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ---------     ---------    -----------    ---------    ---------   -------------
    0.00         0.00          0.00          0.00         0.00           0.00


                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Acct Clerk II