Nathan Kevin Turner
C-44886 - C2-125
Post Office Box 8500
Pleasant Valley State Prison
Coalinga CA 93210-8500

In Propria Persona

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe

FILED
07 OCT 19 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Kevin Turner,<br>Petitioner-Appellant,<br>v.<br>James A. Yates, (Warden),<br>Respondent-Appellee. | Civil No. '07 CV 2036 JLS AJB<br><br>MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION IN SUPPORT OF THEREIN |

To: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE:

PLEASE TAKE NOTICE: That as soon as this matter may be heard by the court, the above named petitioner will move for a order of appointment at public expense in accordance with California Rules of Court, Rule 4.551(c)(2). This motion is submitted based upon: (1) The level of complexity in this case. And (2) Petitioner is denied reasonable access to a library.

This motion is based on all the records and files listed under the above mentioned case number, and attached declaration of the defendant.

Respectfully Submitted,

NAthan Kevin Turner

Nathan Kevin Turner