EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
RAQUEL M. GONZALEZ
Deputy Attorney General
State Bar No. 98992
   110 West A Street, Suite 1100
   San Diego, CA 92101
   P.O. Box 85266
   San Diego, CA 92186-5266
   Telephone: (619) 645-2281
   Fax: (619) 645-2271
   Email: raquel.gonzalez@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>                    Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>                    Respondent. | 07cv2036 JLS (AJB)<br><br>**NOTICE OF APPEARANCE** |

     The California Attorney General, counsel for James A. Yates, Warden, hereby files this Notice of Appearance to inform the Court of assigned counsel for Respondent in this proceeding.

//

//

//

1        Respondent hereby notifies the Court that the attorney with principal charge of the case

2  is as follows:

3     Raquel M. Gonzalez, Deputy Attorney General
       110 West A Street, Suite 1100

4     San Diego, CA 92101
       P.O. Box 85266

5     San Diego, CA 92186-5266
       Telephone:  (619) 645-2281

6     E-mail:  raquel.gonzalez@doj.ca.gov

7

8     Dated: November 15, 2007

9                  Respectfully submitted,

10               EDMUND G. BROWN JR.
                  Attorney General of the State of California

11              DANE R. GILLETTE
                  Chief Assistant Attorney General

12

13              GARY W. SCHONS
                  Senior Assistant Attorney General

14              KEVIN VIENNA
                  Supervising Deputy Attorney General

15

16              s/Raquel M. Gonzalez

17              RAQUEL M. GONZALEZ
                  Deputy Attorney General

18              Attorneys for Respondent

19  RMG/lh
     SD2007802881

20  70107113.wpd

21

22

23

24

25

26

27

28

                     07cv2036 JLS (AJB)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Turner v. Yates**

No.:   **07cv2036 JLS (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 15, 2007, I served the attached **Notice of Appearance,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Nathan Kevin Turner
C-44886
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA  93210
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 15, 2007, at San Diego, California.

| | |
|---|---|
| L. Hernandez | |
| Declarant | Signature |

70107114.wpd