Mr. Nathan Kevin Turner
C44886-J2-222
Post Office Box 2000
Vacaville CA 95696-2000

In Pro Per

FILED
2007 NOV 29 PM 2:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,
      Petitioner,
v.
James YATES, (Warden)
      Defendant.

Case No. 07CV2036 JLS AJB

NOTICE OF CHANGE OF ADDRESS

TO: CLERK OF THE ABOVE-ENTITLED COURT AND TO THE CALIFORNIA ATTORNEY GENERAL, COUNSEL FOR RESPONDENTS: PLEASE TAKE NOTICE THAT PETITIONER'S ADDRESS HAS CHANGED AS FOLLOWS:

OLD ADDRESS:
C-44886-C2-125
Post Office Box 8503
Coalinga, Calif. 93210-8503

NEW ADDRESS:
C44886-J2-222
Post Office Box 2000
Vacaville, Calif. 95696-2000

Please direct all briefs and correspondence to the current address above and delete the previous address from your records:

DATE: Nov. 19, 2007

Submitted

Nathan K. Turner
C-44886-J2-222

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

## DECLARATION AND PROOF OF SERVICE BY MAIL

I, NATHAN KEVIN TURNER, Declare, under penalty of perjury, that I am over the age of 18 years, ( ) and a party, or (X) am a party to this action, and reside in California Medical Facility, at Post Office Box 2000, (Dorm J-222) Vacaville, California, 95696-2000.

That on 19th, Nov., 2007, I deposited in the United States Mail at California Medical Facility, Vacaville California, a true copy of the attached hereof:

(1) one NOTICE OF CHANGE OF ADDRESS AND PROOF OF SERVICE By mail.

The documents were placed in a sealed envelope with sufficient postage and addressed to:

UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street Rm. 4290, San Diego, California 92101-8900

I verify that these words are true and correct to these words under the penalty of perjury that the foregoing is true and correct. This declaration was executed on this 19th, Nov., 2007, at California Medical Facility, Vacaville, California. 95696-2000

Nathan K. Turner
In Pro. Per.

Mr. N. K. Turner
C44886-J2-222
Post Office Box 2000
Vacaville, CA 95696-2000

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
$00.41⁰
NOV 27 2007
MAILED FROM ZIP CODE 95687
02 1M
0004225987

United States District Court
Southern District of California
880 Front Street, Rm 4290
San Diego, California 92101-8900

RECEIVED
NOV 28 2007
U.S. Marshals Service

Confidential Legal Mail

Legal Mail