UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>           Petitioner,<br><br>      v.<br><br>JAMES TILTON, Secretary,<br><br>           Respondent. | Civil No.   07-2036 JLS (AJB)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On October 19, 2007, Petitioner, state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (West Supp. 2007). At the time of filing, Petitioner was apparently housed at Pleasant Valley Sate Prison and thus named James Yates, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on November 29, 2007, it appears Petitioner is no longer housed at Pleasant Valley Sate Prison; rather, it appears he is presently incarcerated at California Medical Facility in Vacaville, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution

1  of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, as
2  Respondent in place of "James Yates." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir.
3  1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of
4  state penal institutions).

The Clerk of the Court shall modify the docket to reflect "James Tilton, Secretary" as respondent in place of "James Yates."

**IT IS SO ORDERED.**

DATED: December 3, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court