EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN R. VIENNA
Deputy Attorney General
RAQUEL M. GONZALEZ
Deputy Attorney General
State Bar No. 98992
 110 West "A" Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2281
 Fax: (619) 645-2191
 E-mail: raquel.gonzalez@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES TILTON, Secretary<br><br>　　　　　　　　　　Respondent. | Civil No. 07-2036 JLS (AJB)<br><br>**REQUEST FOR 30-DAY ENLARGEMENT OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION** |

　　　　Respondent James Tilton, Secretary of the California Department of Corrections and Rehabilitaton, by and through his counsel, Edmund G. Brown, Jr., Attorney General for the State of California and Raquel M. Gonzalez, Deputy Attorney General, makes this application for a 30-day enlargement of time to file the Answer on the Merits and Memorandum of Points and Authorities in the above-entitled matter.

　　　　The filing deadline for the Answer is January 3, 2008.

　　　　Respondent respectfully requests that the Court enlarge the filing deadline by 30 days so that the Answer on the Merits and Memorandum of Points and Authorities may be filed by February 2, 2008.

Dated: January 2, 2008.

        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Deputy Attorney General


s/Raquel M. Gonzalez
RAQUEL M. GONZALEZ
Deputy Attorney General

Attorneys for Respondent
E-mail: raquel.gonzalez@doj.ca.gov

RMG/lh
SD2007802881
70110954.wpd

# DECLARATION

I, Raquel M. Gonzalez, declare under penalty of perjury as follows:

1. I am the Deputy Attorney General assigned to prepare the Answer on the Merits to the Petition for Writ of Habeas Corpus, which should be filed by January 3, 2008, in *Nathan Kevin Turner v. James Tilton,* United States District Court, Southern District case number Civil No. 07-2036 JLS (AJB).

2. I respectfully inform the Court that I will be unable to file the Answer on the Merits and accompanying Memorandum of Points and Authorities by the January 3, 2008, deadline, and will need a 30-day enlargement of the filing deadline, up to and including February 2, 2008.

3. The Court's Order directing Respondent to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 was issued on November 1, 2007. I was assigned to prepare the response on or about November 6, 2007.

4. Since I was assigned to this matter, I have been working on the following cases, which had been assigned to me prior to the instant case:

(a) I completed the Respondent's Brief in *People v. Taylor, et. al.*, California Court of Appeal, case number E041325, which was due on November 14th, on final deadline under California Rules of Court, Rule 8.360(c)(5)(A).

(b) I have been working on *People v. Ford, et. al.,* California Court of Appeal, case number E041517, in which the Respondent's Brief was due December 3rd, on first extension. I was unable to meet that deadline; I am still working on the Respondent's Brief in *Ford,* which is now due on January 4, 2008, under final deadline pursuant to California Rules of Court, rule Rule 8.360(c)(5)(A).

(c) I had to interrupt my work in *Ford* to prepare the Appellee's Brief and Supplemental Excerpts of Record that were due on December 10th, in *Evans v. Warden,* Ninth Circuit Court of Appeals, case number 06-56184. I completed my work in the federal appeal on December 7th.

(d) On December 3, 2007, the California Supreme Court ordered that an Answer be filed on or before December 20, 2007, to the petition for review in *In re Brian Kim* on habeas corpus, California Supreme Court case number S158373. The California Supreme Court indicated that "a

ruling by the Court is due on or before January 18, 2008. This request for an answer should be expedited by your office, and no requests for extensions of time are contemplated." I completed the Answer in *Kim* on December 20, 2007.

(e) Also on December 20, 2007, I completed the initial draft of the Answer on the Merits and Memorandum of Points and Authorities in the federal habeas proceeding of *Vance v. Warden*, United States District Court, Central District case number EDCV 07-394-SJO (MAN), which was due by December 23rd, on second extension.

(f) I have worked on urgent international child abduction matters, in which I have been assisting the district attorneys' offices in several counties with the preparation of documents to request the return of abducted children invoking the Hague Convention on the Civil Aspects of International Child Abduction, and addressing issues related to these matters with the Mexican Central Authority for Hague Cases, which resides in the Mexican Foreign Ministry.

5. I am also responsible for other cases with upcoming filing deadlines: (1) *People v. Lopez, et. al*, California Court of Appeal case number E041719, Respondent's Brief due <u>January 30, 2008,</u> on first extension; (2) *People v. Gorman*, California Court of Appeal case number \D050429, Respondent's Brief due by <u>January 12th</u>, under Rule 8.360(c)(5)(B); (3) *People v. Cross*, California Court of Appeal case number E042897, Respondent's Brief due by <u>January 16th</u> -- under Rule 8.360(c)(5)(B); (4) *Schumann v. Warden*, United States District Court, Central District case number EDCV 07-01181-RGK (VBK), Answer on the Merits due <u>January 8th</u>, on first extension (5) *People v. Baca*, California Court of Appeal case number E042430, Respondent's Brief due <u>February 24th</u>, on first extension; (6) *People v. Bilotti*, California Court of Appeal case number E041342, Respondent's Brief due by <u>December 20th</u> under Rule 8.360(c)(5)(B) - ruling pending on request that filing deadline be extended to <u>January 20th</u>; (7) *People v. Piceno*, California Court of Appeal case number D050429, Respondent's Brief due by <u>January 16th</u>, on first extension; (8) *People v. Sandoval*, California Court of Appeal case number G038250, Respondent's Brief due by <u>January 9th</u>; and (9) *People v. Guerrero*, California Court of Appeal case number E041820, Respondent's Brief due <u>January 14th</u>.

6. I apologize for any inconvenience that this request for enlargement of time may cause to the Court and the Court's staff. I also apologize for not presenting this request at an earlier date.

Dated: January 2, 2008, at San Diego, California.


s/Raquel M. Gonzalez

RAQUEL M. GONZALEZ
Declarant

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Turner v. Tilton**

No.:   **07cv2036 JLS (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 2, 2008, I served the attached **Request for 30-day Enlargement of Time To file The Answer To The Petition for Writ of Habeas Corpus; Declaration,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Nathan Kevin Turner
C-44886
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 2, 2008, at San Diego, California.

| L. Hernandez | _S. Hernandez_ |
| Declarant | Signature |

70110955.wpd