1

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN R. VIENNA
Deputy Attorney General
RAQUEL M. GONZALEZ
Deputy Attorney General
State Bar No. 98992
 110 West "A" Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2281
 Fax: (619) 645-2191
 E-mail: raquel.gonzalez@doj.ca.gov
Attorneys for Respondent

2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| NATHAN KEVIN TURNER, | Civil No. 07-2036 JLS (AJB) |
|---|---|
| Petitioner, | **REQUEST FOR 60-DAY ENLARGEMENT OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION** |
| v. | |
| JAMES TILTON, Secretary | |
| Respondent. | |

15
16
17
18
19
20

Respondent James Tilton, Secretary of the California Department of Corrections and

21  Rehabilitaton, by and through his counsel, Edmund G. Brown, Jr., Attorney General for the State

22  of California and Raquel M. Gonzalez, Deputy Attorney General, makes this application for a 60-day

23  enlargement of time to file the Answer on the Merits and Memorandum of Points and Authorities

24  in the above-entitled matter.

25       The filing deadline for the Answer is January 3, 2008. Respondent respectfully informs

26  the Court that he had previously requested a 30-day enlargement of time so that the Answer on the

27  Merits and Memorandum of Points and Authorities could be filed by February 2, 2008. It appears

28  that a ruling is pending on this request. Respondent now requests a 60-day enlargement of

1  time, so that the Answer and accompanying Memorandum may be filed by April 2, 2008.

2      Dated:  February 3, 2008.

3

4                          Respectfully submitted,

   EDMUND G. BROWN JR.
5  Attorney General of the State of California

   DANE R. GILLETTE
6  Chief Assistant Attorney General

7  GARY W. SCHONS
   Senior Assistant Attorney General

8  KEVIN VIENNA
   Deputy Attorney General

9

10             s/Raquel M. Gonzalez
   RAQUEL M. GONZALEZ
11 Deputy Attorney General

12 Attorneys for Respondent
   E-mail:  raquel.gonzalez@doj.ca.gov

13

14

15

16 APPROVED BY: _____ FOR
17    GARY W. SCHONS
   Senior Assistant Attorney General

18

19
   RMG/lh
20 SD2007802881
   70113807.wpd
21

22

23

24

25

26

27

28

**DECLARATION**

I, Raquel M. Gonzalez, declare under penalty of perjury as follows:

1. I am the Deputy Attorney General assigned to prepare the Answer on the Merits to the Petition for Writ of Habeas Corpus, which should have been filed by January 3, 2008, in *Nathan Kevin Turner v. James Tilton,* United States District Court, Southern District case number Civil No. 07-2036 JLS (AJB).

2. I had previously informed the Court that I would be unable to file the Answer on the Merits and accompanying Memorandum of Points and Authorities by the January 3, 2008, deadline. I had requested a 30-day enlargement of the filing deadline, up to and including February 2, 2008. Ruling is pending on this initial request. I now respectfully request that the Court allow Respondent to file the Answer and Memorandum by April 2, 2008.

3. The Court's Order directing Respondent to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S. C. § 2254 was issued on November 1, 2007. I was assigned to prepare the response on or about November 6, 2007.

4. Since I was assigned to this matter, I have been working on the following cases, which had been assigned to me prior to the instant case:

(a) I completed the Respondent's Brief in *People v. Taylor, et. al.*, California Court of Appeal, case number E041325, which was due on November 14th, on final deadline under California Rules of Court, Rule 8.360(c)(5)(A).

(b) I completed the Respondent's Brief in *People v. Ford, et. al.,* California Court of Appeal, case number E041517, which was due on January 4, 2008, under final deadline pursuant to California Rules of Court, rule Rule 8.360(c)(5)(A).

(c) I had to interrupt my work in *Ford* to prepare the Appellee's Brief and Supplemental Excerpts of Record that were due on December 10th, in *Evans v. Warden,* Ninth Circuit Court of Appeals, case number 06-56184. I completed my work in the federal appeal on December 7th.

(d) On December 3, 2007, the California Supreme Court ordered that an Answer be filed on or before December 20, 2007, to the petition for review in *In re Brian Kim* on habeas corpus, California Supreme Court case number S158373. The California Supreme Court indicated that "a

3                                                                    07-2036 JLS (AJB)

1 | ruling by the Court is due on or before January 18, 2008. This request for an answer should be

2 | expedited by your office, and no requests for extensions of time are contemplated." I completed the

3 | Answer in *Kim* on December 20, 2007.

4 | (e) Also on December 20, 2007, I completed the initial draft of the Answer on the Merits

5 | and Memorandum of Points and Authorities in the federal habeas proceeding of *Vance v. Warden,*

6 | United States District Court, Central District case number EDCV 07-394-SJO (MAN), which was

7 | due by December 23rd, on second extension.

8 | (f) On January 8, 2008, I completed the initial draft of the Respondent's Brief in *People*

9 | *v. Gorman*, California Court of Appeal case number D050429, which was due by January 12th, under

10 | Rule 8.360(c)(5)(B) .

11 | (g) On January 15, 2008, I completed the Respondent's Brief in *People v. Cross*, California

12 | Court of Appeal case number E042897, Respondent's Brief due by January 16th under Rule

13 | 8.360(c)(5)(B).

14 | (h) On January 22, 2008, I completed the Respondent's Brief in *People v. Bilotti,*

15 | California Court of Appeal case number E041342, Respondent's Brief due by January 19th under

16 | Rule 8.360(c)(5)(B).

17 | (i) I have worked on urgent international child abduction matters, in which I have been

18 | assisting the district attorneys' offices in several counties with the preparation of documents to

19 | request the return of abducted children invoking the Hague Convention on the Civil Aspects of

20 | International Child Abduction, and addressing issues related to these matters with the Mexican

21 | Central Authority for Hague Cases, which resides in the Mexican Foreign Ministry.

22 | 5. I am also responsible for other cases with upcoming filing deadlines: (1) *People v.*

23 | *Lopez, et. al,* California Court of Appeal case number E041719, Respondent's Brief due January 30,

24 | 2008, on first extension; (2) *Fraher v. Warden,* United States District Court, Central District case

25 | number EDCV 06-1406-SVW (AGR), Opposition to Motion to Compel Discovery due January 28th,

26 | ruling pending on request for enlargement of time; (3) *Schumann v. Warden,* United States District

27 | Court, Central District case number EDCV 07-01181-RGK (VBK), Answer on the Merits due

28 | February 7th, on second extension; (4) *People v. Baca,* California Court of Appeal case number

1   E042430, Respondent's Brief due February 24th, on first extension; (5) *People v. Sandoval,*

2   California Court of Appeal case number G038250, Respondent's Brief due February 8th, on first

3   extension; (6) *People v. Guerrero,* California Court of Appeal case number E041820, Respondent's

4   Brief due February 13th, on first extension; and (7) *People v. Velasquez,* California Court of Appeal

5   case number G037925, oral argument set for February 19th.

6          6.   Last week, I was notified that the California Supreme Court is scheduling  oral

7   argument in a capital case in which I am representing the People of the State of California (*People*

8   *v. Page,* California Supreme Court case number S065707) for the March 2008 calendar, to be held

9   the week of March 3, 2008, in San Francisco.  As soon as possible, I must devote a considerable

10  amount of time reviewing the voluminous pleadings and preparing for this oral argument.

11         7. I respectfully inform the Court that I will be absent from the office for at least one week,

12  starting tomorrow Monday, February 4, 2008.  Last Thursday, January 31st, my husband underwent

13  emergency surgery (right hemicolectomy).  It is expected that he will be allowed to leave the hospital

14  10 days after the operation, i.e.., by February 10.  Following his release from the hospital, I will need

15  to focus on preparing for the oral argument in the *Page* capital case while I assist in my husband's

16  recovery.

17         8.  I apologize for any inconvenience that this request for enlargement of time may cause

18  to the Court and the Court's staff.  I also apologize for not presenting this request at an earlier date.

19                 Dated: February 3, 2008, at San Diego, California.

20

21                        s/Raquel M. Gonzalez

22

23                        RAQUEL M. GONZALEZ
                          Declarant

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Turner v. Tilton**

No.:     **07cv2036 JLS (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **Request for 60-Day Enlargement of Time To File the Answer To The Petition for Writ of Habeas Corpus; Declaration,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:


Nathan Kevin Turner
C-44886
California Medical Center
P.O. Box 2000
Vacaville, CA 95696-2000
In Pro Per




I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Diego, California.


|  |  |
|---|---|
| L. Hernandez | |
| Declarant | Signature |

70113808.wpd