cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN KEVIN TURNER, | ) | Civil No.07cv2036 JLS (AJB) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING ENLARGE- |
| v. | ) | MENT OF TIME TO FILE |
| | ) | ANSWER TO THE PETITION |
| JAMES TILTON, Secretary, | ) | FOR WRIT OF HABEAS CORPUS |
| | ) | [Doc. Nos. 10 and 11] |
| Respondent. | ) | |

For good cause shown, Respondent's Ex-parte Request for Enlargement of Time to File is GRANTED. Respondents' shall file an Answer *on or before April 2, 2008*, and Petitioner shall file his traverse *on or before April 28, 2008.*

**Any further application by Respondent for an extension of time to file the Motion to Dismiss and/or Answer must be made by the Senior Assistant Attorney General, prior to the time the Motion or Answer is due to be filed, and the extension must be required as a result of extraordinary circumstances.**

IT IS SO ORDERED.

DATED: February 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court