EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
RAQUEL M. GONZALEZ, State Bar No. 98992
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2281
 Fax: (619) 645-2271
 Email: Raquel.Gonzalez@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>JAMES TILTON, WARDEN,<br><br>　　　　　　　　　Respondent. | 07cv2036 JLS (AJB)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**<br><br>*To Be Sent to Clerk's Office* |

　　　　Respondent hereby lodges for consideration in Petitioner Kevin Nathan Turner's instant habeas corpus proceeding the following documents from Turner's state direct appeal and prior federal habeas proceedings

　　1. August 15, 1983, Opinion, California Court of Appeal, Case No. 4 Crim. No. 13857.

　　2. September 19, 1990, Memorandum Decision and Order in United States District Court, Southern District of California, Civil Case No. 85-0783-G (IEG).

　　3. October 22, 1990, Judgment in Civil Case No. 85-783 G (IEG).

4. July 31, 1991, Order in Civil Case No. 85-0783-G (IEG).

5. October. 19, 1993, Memorandum in Ninth Circuit Case No. 91-55842.

6. Docket in Ninth Circuit Case No. 91-55842.

7. Docket in United States District Court, Southern District of California, Case No. 07-CV-0051 JAH (CAB).

Dated: April 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


/s/ Raquel M. Gonzalez

RAQUEL M. GONZALEZ
Deputy Attorney General
Attorneys for Respondent

RMG/lh
70119142.wpd
SD2007802881

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Turner v. Tilton**

No.:   **07cv2036 JLS (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 1, 2008, I served the attached **Notice of Lodgment In 28 U.S.C. § 2254 Habeas Corpus,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Nathan Kevin Turner
C-44886 - I2-222
California Medical Center
P.O. Box 2000
Vacaville, CA 95696-2000
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 1, 2008, at San Diego, California.

| L. Hernandez | *(signature)* |
|---|---|
| Declarant | Signature |

70119151.wpd