1                                                                                      cal_____

2

3

4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                        SOUTHERN DISTRICT OF CALIFORNIA

12   NATHAN KEVIN TURNER,                    )    Civil No.07cv2036 JLS (AJB)
                                             )
13                      Petitioner,          )
     v.                                      )    Order Setting Filing Deadlines
14                                           )
     JAMES TILTON, Secretary,                )
15                                           )
                        Respondents.         )
16   _____)

17          Respondents filed a motion to dismiss the instant Petition on April 1, 2008.  As such, Petitioner

18   shall have until *May 14, 2008* to file an opposition to Respondents' motion to dismiss.

19          IT IS SO ORDERED.

20

21   DATED:  April 15, 2008

22                                                _____
                                                  Hon. Anthony J. Battaglia
23                                                U.S. Magistrate Judge
                                                  United States District Court
24

25

26

27

28

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\07cv2036.Turner.Order.Set.Deadlines.wpd                    07cv2036