Nathan Kevin Turner
C-44886 - J-350L
Post Office Box 2000
Vacaville, CA 95696-2000

**In Pro. Per**

FILED
2008 MAY -1 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER, <br><br> Petitioner, <br><br> v. <br><br> JAMES TILTON, WARDEN, <br><br> Respondent. | 07cv2036 JLS (AJB) <br> **OPPOSITION MOTION TO RESPONDENT'S MOTION TO DISMISS: WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Date: April 22, 2008 <br> Judge: The Honorable <br> Anthony J. Battaglia |

    1) A petition filed in 1984/1987 cannot be procedurally barred as untimely. See **GUtowsky v. County of Placen**, 108 F.2d 256, 260 (1987). Therefore, because of the circumstances created by the defendent's. Appellant case falls under the **"Continuing Violation Doctrine"**: See **Green v. County Superintendent of Schools**, 883 F.2d 1472, 1480 (1980)

    2) DNA issue falls under the continuous violation doctrine therefore must reach merits; due to actual innocence claim which has no time limitation under **House v. Bell**, U.S. Ct. case 547 U.S. 518 (2006).

    3) Sentence is not barred by AEDPA.

    3) Petitioner has been litigating his case with due diligence since 1983. Last denial date on or about November 2007.

-1-

1        5) Issues, i.e., DNA destruction of issues resently came
2  about after it was known that the District Attorney; San Diego
3  Superior Court., et el., illegally destroyed evidence in **"Bad Faith"**
4  thus this issue could not have been raised before now.
5  //
6  //
7  //
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

MEMORANDUM POINTS AND AUTHORITIES

ARGUMENT

I.

1) Petitioner is attacking his sentence and therefore no authorization from the Ninth Circuit Court of Appeals is required to file a successive petition. Before this Court can reach the merits of the arguments raised herein.

2) Because petitioner is raising an actual innocence claim, pursuant to House v. Bell, this court can raise the merit, of the issue raised here on because there is no statute of limitation on an actual innocence violation/claim.

3) Because the issue of the destruction of petitioner's DNA is unsettled, and could prove " Bad Faith " destruction in violation of petitioner's federally protection rights. Under the due process clause.

4) Because petitioner was convicted before the AEDPA, i. e., 1982, he cannot be procedurally barred. See Heck v. Humphrey, 512 U.S. 477 (1994).

CONCLUSION

Therefore, petitioner's avers because this petition address Constitutional Claims, this petition should not be dismissed but instead reach the merits and deny the defendant's motion to dismiss.

Dated: April 22, 2008

//
//
//
//
//
//
//
//
//

Respectfully Submitted,

Nathan Kevin Turner

-3-

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA


Nathan Kevin Turner              )   CASE No.07cv2036 JLS (AJB)
                                 )
            Pititioner,          )   PROOF OF SERVICE
                                 )
v.                               )
                                 )
James Tilton, Warden,            )
                                 )
            Respondent.          )
_____ )
```

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On April 22, 2008, I served a copy of OPPOSITION MOTION TO RESPONDENT'S MOTION TO DISMISS; with MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)
EDMUND G. BROWN JR.
Attorney General of the State of California
110 West A street, Suite, 1100
San Diego, CA 92101
Post Office Box 85266
San Diego, CA 92189-5266

_____

Clerk, U.S. Courthouse
940 Front Street
San Diego, CA 92101-8918


I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: April 22, 2008                 _Nathan Kevin Turner_
                                       Declarant's signature

_NATHAN KEVIN TURNER_
Declarant's printed name

USDC-PROOF-4