```
 1  Nathan Kevin Turner
    C-44886 - J-350
 2  Post Office Box 2000
    Vacaville, CA 95696-2000
 3
    Plaintiff In Pro. Per.
 4
```

FILED
2008 JUN 20 PM 3:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

**NUNC PRO TUNC**
JUN 1 6 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Kevin Turner ) | Case No. 07-cv2036 JLS (AJB) |
| Plaintiff ) | REQUEST FOR 30-DAY ENLARGRMENT OF TIME TO FILE THE "OBJECTIONS TO REPORT AND RECOMMENDATION" |
| v. ) | |
| James Tilton, Secretary, ) | Doc. No. 14.] |
| Respondants. ) | |

   Plaintiff Nathan Kevin Turner, a State prisoner proceeding in pro. per. has filed a Federal Habeas Corpus pursuant to 28 U.S.C.2254. Plaintiff makes this application for 30-day enlargement of time to file the "Objections To Report And Recommendatio." In the above entitled matter.

   The filing deadline for the objections to report and recommendation, in or about June 23, 2008.

   Plaintiff respectfully request that the Court enlarge the filing deadline by 30-days so that the Objection To Report And Recommendation may be filed no later than July 23, 2008.

Dated: June 11, 2008.

//
//

## DECLARATION

1. I, Nathan Kevin Turner, declare under penalty of perjury as follows:

1. I am the petitioner in Pro. Per., whome will be answering and preparing to answer the "Objection To Report And Recommedation." Of Honorable Anthoney J. Battaglia, U.S. Magistrate Judge, United State District Court. Which should be be file by June 23, 2008. In Nathan Kevin Turner v. James Tilton, Secretary, United States District Court, Southern District Civil No. **07-cv-0236 JLS (AJB)**.

2. I respectfully inform the Court that I will be unable to file the "Objection To Report And Recommendation." by June 23, 2008, deadline and will need a 30-day enlargement of filing deadline up to and including July 23, 2008. Under final deadline pursuant to California Rule of Court, rule 8.360(c)(5)(A).

3. The Court's order directing petitioner in Pro. Per. to respond to "Objection To Report And Recommendation by Honorable Judge Anthony J. Battaglia, pursuant to **28 U.C.S. 2254**. It was received to petitioner on June 02, 2008.

4. The Judges response is very detailed and lengthy with many citations that requires research and reading and due to petitioner's limited status as a layman at law and inability to understand the law, a 30-day extension of time is needed and necessary to file a appropriate objection to report and recommendation.

I apologize for the inconvenience that this request for enlargement of time may cause to the Court and the Court's staff. I also apologize for not presenting this request at an earlier date.

Dated: June 11, 2008. At **Vacaville, California.**

//
//
//
//

Respectfully Submitted,

/s/ *Nathan Kevin Turner*
Nathan Kevin Turner

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| Nathan Kevin Turner )<br>)<br>     Petitioner, )<br>)<br>v. )<br>)<br>James Tilton, Secretary, )<br>)<br>     Respondants. ) | CASE No. 07-cv-2036 JLS (AJB)<br><br>PROOF OF SERVICE |

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On June 11, _____, I served a copy of Request for 30-day Enlargement of time to file the "Objections to Report and Recommendation"

by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA. 92101-8900

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GEN.
110 WEST A STREET, STE. 1100
SAN DIEGO, CA 92101
POST OFFICE BOX 85266
SAN DIEGO, CA 92186-5266

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: JUNE 11, 2008                 *Nathan Kevin Turner*
                                     Declarant's signature

NATHAN KEVIN TURNER
Declarant's printed name