# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>JAMES A. YATES,<br><br>　　　　　　　　　Respondent. | CASE NO. 07cv2036 JLS (AJB)<br><br>**ORDER: GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION** |

On May 23, 2008, Magistrate Judge Anthony J. Battaglia issued a report and recommendation ("R&R") advising this Court to grant Respondent's motion to dismiss and to deny the Petition. Judge Battaglia also ordered that objections had to be filed no later than June 23, 2008. On June 20, 2008, Petitioner filed a request for a thirty (30) day extension to file objections to the R&R. Good cause appearing, the Court **GRANTS** Petitioner's request. Petitioner shall have until July 30, 2008 to file objections to the R&R. Respondent shall have until August 13, 2008 to file a reply.

IT IS SO ORDERED.

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge