NATHAN KEVIN TURNER
C-44886-WJ-133S
POST OFFICE BOX 2000
VACAVILLE, CA 95696-2000

IN Pro. Per.

FILED

2008 JUL 14 PM 3:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,
    Petitioner/Plaintiff,

v.

JAMES A YATES,
    Defendant/Respondent.

CASE NO. 07cv2036 JLS (AJB)

PETITIONER REQUEST FOR AN 60-DAY EXTENSION OF TIME TO FILE OBJECTION TO THE REPORT AND RECOMMENDATION

PLEASE TAKE NOTICE Petitioner request for an 60-day extension of time to file objection to the report and recommendation.

Petitioner received order from the Court on 7-2-08 although the Office of the Clerk date is June 24, 2008.

ON May 23, 2008, Magistrate Judge Anthony J. Battaglia issued a report and recommendation ("R&R") advising this Court to grant Respondent's motion to dismiss and to deny the petition. Judge Battaglia also ordered that objection had to be filed no later than June 23, 2008. On June 20, 2008, Petitioner filed a request for a thirty (30) day extension to file objection to the R&R. Good cause appearing, the Court GRANTS Petitioner's request. Petitioner shall have until July 30, 2008 to file objection to the R&R. Respondent shall have until August 13, 2008

-1-

1  to file a reply IT IS SO ORDERED.
2  DATED: JUNE 24, 2008
3                                  Honorable Janis L. Sammartino
4                                  United States District Judge
5     The Petitioner move this Court for an 60-day extension of time
6  there is good cause to grant Petitioner's request for an Enlargement
7  of time to file an objection to the report and recommendation of
8  the Honorable Magistrate Judge Anthony J. Battaglia.
9     (1) On or about 6/21/2008, Petitioner was escorted to Administrative
10 Segregation Unit Placement as a result all of Petitioner' personal
11 Property has been confinscated and stored along with all legal
12 documents and papers. (See Exhibit-A).
13    (2) On or about 6/23/2008, Petitioner submitted a (CDCR) GA-22 request
14 for an interview to Prison Staff Correctional officer Glindo, whom is
15 the Ad Seg. Property C/o assigned. C/O Glindo spoke with Petitioner and
16 made the statement to Petitioner "we are trying to locate your property".
17 Petitioner explained to C/o Glindo that Petitioner has a on-going
18 petition in the court and has legal deadline as we speak it is most
19 urgent that Petitioner receive his necessary legal documents to fulfill
20 legal deadline obligations the verified legal deadline was verified
21 however, Petitioner at present is still without his legal documents and
22 papers and still sets hear in Ad. Seg.
23    (3) On or about July 2, 2008, Petitioner appeared in front of Prison
24 Committee/Warden told his Ad. Seg. unit to release Petitioner back
25 onto the General Compound as of this here date Petitioner still
26 remains in Ad. Seg. Stating "Pending their is no bed available in general
27 Compound because of overcrowding". Petitioner still without his
28 necessary needed legal papers and documents.

1  (4) On or about July 3, 2008, Petitioner filed a prison grievance to
2  Supervising C/Sgt. Riley, explaining the urgency of my legal
3  documents needed because of legal court deadline and I need
4  to answer. (See Exhibit-B).
5  Petitioner has no other remedy available to him as this is
6  procedural within ("CDCR") Policy and Procedures.
7  These reasons are setforth to the Court for the consideration
8  of Petitioner's 60-day extension of time to answer the Magistrate's
9  report and recommendation. Petitioner would still like to file his
10 objection to the report and recommendation.
11  Petitioner continue being deprived/denied access to the Courts
12 by ("CDCR") Prison Staff therefore they continue obstructing
13 my access to the Court.
14  I declare, under the penalty of perjury, that the foregoing is
15 true and correct.
16 DATED: July 10, 2008

Respectfully Submitted,

Nathan Kevin Turner

IN Pro. Per.

# EXHIBIT A

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE | | |
| CDC 114-D (Rev 9/98) | DISTRIBUTION: WHITE - CENTRAL FILE / BLUE - INMATE (2ND COPY) / GREEN - ASU | CANARY - WARDEN / PINK - HEALTH CARE MGR / GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| TURNER, N. | C-44886 |

## REASON(S) FOR PLACEMENT (PART A)

- [x] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [x] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Friday, June 20, 2008 you are being re-housed from J-350-L to W-133 on Administrative Segregation Status (ADSEG). Specifically, you refused a direct order to complete a scheduled bed change to J-270-L. You stated that you are too old and you're not moving. Based on this information, your presence on the CMF Mainline is deemed a threat to the safety and security of CMF. You will remain in ADSEG pending further administrative review and possible ICC action, to determine appropriate housing for you, based on case factor information. The attached CDCR 128C's dated June 20, 2008 reflect Psychiatric and Medical clearance for your placement in ADSEG. You are not a participant in the MHSDS. You are not a Clark participant. You are an Armstrong program participant at the DPM level. Your reading score is above 4.0 (6.0).

- [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
- [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| | | | |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

- [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA) | INVESTIGATIVE EMPLOYEE (IE)

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| | | | |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | ☐ | ☐ | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ | ☐ |
| FLUENT IN ENGLISH? | ☐ | ☐ | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ | ☐ |
| ABLE TO COMPREHEND ISSUES? | ☐ | ☐ | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ | ☐ |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ | ☐ | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ | | | | |

- [ ] NOT ASSIGNED — Any "NO" requires SA assignment
- [ ] NOT ASSIGNED — Any "NO" may require IE assignment

### INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:**
- [ ] RELEASE TO UNIT/FACILITY _____
- [ ] RETAIN PENDING ICC REVIEW
- [ ] DOUBLE CELL
- [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

EXHIBIT-B

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| TURNER, N. | C44886 | Supervising C/Sgt Riley | W1-1335 |

**A. Describe Problem:** THIS IS BEING GENERATED DUE TO MY OVERT INTEREST IN RECEIVING LEGAL DOCUMENTS/LEGAL PAPERS. APPELLANT HAS A VERIFIED LEGAL DEADLINE. IT IS UNFORTUNATE ONE HAS TO WRITE THIS GRIEVANCE BUT ITS PROCEDURAL. ON JUNE 20, 2008 APP WAS ESCORTED TO AdSEG UNIT AND RETAINED UNTIL SEEN BY I.C.C. COMMITTEE COMENCED ON 7/2/2008 HOWEVER, APP. SUBMITTED A "CDCR" JLA-22 TO CORRECTIONAL OFFICER C/OLINDO, PROPERTY STAFF EXPLAINING APP. HAS A VERIFIED LEGAL COURT DEADLINE AND NEED LEGAL DOCUMENTS. FIRST ATTEMPT WAS 6/23/2008 NO REPLY. ON 6/26/08 BEING ESCORTED TO DOCTOR AGAIN APP TOLD C/OLINDO I'M IN NEED OF MY LEGAL DOCUMENTS NO REPLY ON 7-7-08 WHILE AGAIN ESCORTED TO DOCTOR CLINIC I SUBMITTED ANOTHER CDC 22 REQUEST FOR INTERVIEW TO SEE C/OLINDO PERTAINING APP. URGENT NEEDED LEGAL DOCUMENTS. C/OLINDO STATED "I'LL LOOK INTO IT." THIS IS MY REASON FOR SUBMITTING THIS HERE GRIEVANCE TO REMEDY THIS ON-GOING DENIAL/DEPRIVATION TO ACCESS COURTS WITHOUT NECESSARY LEGAL DOCUMENTS/PAPERS. YOUR C/O OLINDO CONTINUALLY OBSTRUCTS APP HIS LEGAL RIGHT.

If you need more space, attach one additional sheet.

**B. Action Requested:** PLEASE TAKE NOTICE THAT APPELLANT IS BEING DEPRIVED/DENIED HIS LEGAL DOCUMENTS/PAPERS AS HE DOES HAVE A VERIFIED COURT DEADLINE. THE PRISON LAW LIBRARY HAS IT RELOGGED AND SIGNED IN ITS LOG BOOK. APPELLANT ASK ACCORDANCE TO CAL CODE REGS OF RULES TITLE 15 SECTIONS 3316(a) 3316(a)(3)(K) AKIN TO THE DEPARTMENT OPERATIONS MANUAL (D.O.M.) AS STATES AS FOLLOWS: "OTHER LEGAL MATERIAL INMATE'S PERSONAL PROPERTY MAY BE ISSUED TO AN INMATE IN DISCIPLINARY DETENTION IF LITIGATION WAS IN PROGRESS BEFORE THE INMATE'S PLACEMENT IN DISCIPLINARY DETENTION AND LEGAL DUE DATES ARE IMMINENT." BE GIVEN LEGAL DOCUMENTS/MATERIALS OUT OF HIS PERSONAL PROPERTY TO ACCESS COURTS TO LITIGATE ON-GOING COURT DEADLINE WITHOUT BEING OBSTRUCTED WITHOUT FURTHER ADO.

Inmate/Parolee Signature: _/s/_   Date Submitted: 7/3/2008

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Case: 3:07-cv-02036-JLS-AJB        Filed: 7/10/2008

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 4 | NATHAN KEVIN TURNER, | CASE No. 07-CV-2036 JLS (AJB) |
| 5 | Petitioner, | PROOF OF SERVICE |
| 6 | V. | |
| 7 | JAMES A. YATES, | |
| 8 | Defendant. | |

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On July 10, 2008, I served a copy of A REQUEST FOR AN 60-DAY ENLARGEMENT OF TIME TO FILE OBJECTION TO THE REPORT AND RECOMMENDATION. by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: July 10, 2008

_Nathan Kevin Turner_
Declarant's signature

Nathan Kevin Turner
Declarant's printed name

USDC-PROOF-4