# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>   Petitioner,<br>v.<br><br>JAMES A. YATES, Warden; JAMES TILTON, Secretary,<br><br>   Respondents. | CASE NO. 07cv2036 JLS (AJB)<br><br>**ORDER: GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION** |

On May 23, 2008, Magistrate Judge Anthony J. Battaglia issued a report and recommendation ("R&R") advising this Court to grant Respondents' motion to dismiss and to deny the Petition. Judge Battaglia also ordered that objections had to be filed no later than June 23, 2008. On June 20, 2008, Petitioner filed a request for a thirty (30) day extension to file objections to the R&R. This Court found good cause to **GRANT** Petitioner's request.

On July 14, 2008, Petitioner filed another request for a sixty (60) day extension to file objections to the R&R. Respondents have indicated that they will not oppose this request. Good cause appearing, the Court **GRANTS** Petitioner's request. Petitioner shall have until October 8, 2008 to file objections to the R&R. Respondents shall have until October 24, 2008 to file a reply. The Court will not grant any further extensions.

IT IS SO ORDERED.

DATED: July 21, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -                                                                                         [07cv2036]