# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>                          Plaintiff,<br>  vs.<br>JAMES TILTON,<br><br>                         Defendant. | CASE NO. 07-CV-2036 JLS (AJB)<br><br>**ORDER: DENYING CERTIFICATE OF APPEALABILITY** |

      Nathan Kevin Turner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 23, 2008, pursuant to 28 U.S.C. § 636(b)(1), Magistrate Judge Anthony J. Battaglia issued a Report and Recommendation ("R&R") that the Court deny the petition. (Doc. No. 18.) The Court received Petitioner's objections to the R&R on October 15, 2008. (Doc. No. 25.) After considering the R&R and Petitioner's objections, the Court adopted Magistrate Judge Battaglia's recommendation over the objections and dismissed Petitioner's petition. (Doc. No. 26.) On February 9, 2009, Petitioner filed a notice of appeal. (Doc. No. 28.)

      This Court must "construe [Petitioner's] notice of appeal as a request for certificate of appealability." Turner v. Calderon, 281 F.3d 851, 864–65 (9th Cir. 2002) (quoting Sassounian v. Roe, 230 F.3d 1097, 1100 (9th Cir. 2000)). A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2008). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented

1   are adequate to deserve encouragement to proceed further." <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 327
2   (2003); <u>see also</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). The Court must either (1) grant the
3   certificate of appealability indicating which issues satisfy the required showing or (2) state why a
4   certificate should not issue.  Fed. R. App. P. 22(b).

5        In this case, the certificate should not issue because reasonable jurists would agree that this
6   petition constitutes a successive appeal under 28 U.S.C. § 2244(b)(3), that Petitioner has not received
7   authorization from the Ninth Circuit to file this petition, and that Petitioner is therefore statutorily
8   barred from bringing this petition.  Accordingly, the Court **DENIES** Petitioner's requests for a
9   certificate of appealability.

10       IT IS SO ORDERED.

12  DATED: February 24, 2009              _Janis L. Sammartino_
13                                           Honorable Janis L. Sammartino
                                         United States District Judge